IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANABELY DE LA GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (DIVERSITY) |
| WAL-MART STORES TEXAS, L.L.C. | § | |

### NOTICE OF REMOVAL OF ACTION UNDER
### 28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, L.L.C.,** hereby removes to this Court the state court action described below.

1. On December 19, 2018, an action was commenced in the 398th Judicial District Court of Hidalgo County, Texas, entitled, *Anabely De La Garza v. Wal-Mart Stores Inc.,* Cause Number C-4695-18-I. A copy of Plaintiff's Original Petition is *attached hereto as Exhibit A.*

2. The first date upon which Defendant, Wal-Mart Stores Texas, L.L.C., received a copy of the said complaint was February 19, 2019, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation issued is *attached hereto as Exhibit B.*

3. On March 1, 2019, Defendant, Wal-Mart Stores Texas, L.L.C., timely answered Plaintiff's Original Petition. A copy of Defendant's Original Answer, Affirmative Defenses, and Special Exceptions to Plaintiff's Original Petition, and Request for Disclosure is *attached hereto as Exhibit C.*

4. On March 15, 2019, Plaintiff filed Plaintiff's First Amended Original Petition, entitled in the 398th Judicial District Court of Hidalgo County, Texas, entitled, *Anabely De La*

*Garza v. Wal-Mart Stores Texas, L.L.C.*, Cause Number C-4695-18-I. A copy of Plaintiff's First Amended Original Petition is *attached hereto as Exhibit F.*

5. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   **A. Plaintiff's Original Petition (with Discovery);**

   **B. Copy of Citation issued to Defendant;**

   **C. Defendant's Original Answer, Affirmative Defenses, and Special Exceptions to Plaintiff's Original Petition and Requests for Disclosure;**

   **D. Defendant's Request for Jury Trial;**

   **E. Order Setting Hearing on Defendant's Special Exceptions to Plaintiff's Original Petition;**

   **F. Plaintiff's First Amended Original Petition;**

   **G. Rule 11 Agreement regarding Defendant's Special Exception Hearing; and**

   **H. Docket Sheet**

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter a copy of which is *attached hereto as Exhibit H.*

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On February 19, 2019, Plaintiff served upon Defendant, Plaintiff's Original Petition, a copy of which *is attached hereto as Exhibit A*. On March 15, 2019, Plaintiff served upon Defendant, Plaintiff's First Amended Original Petition, a copy of which *is attached hereto*

*as Exhibit F.* In Plaintiff's Original Petition and Plaintiff's First Amended Original Petition, Plaintiff plead that she is seeking monetary damages over $200,000.00 but no more than $1,000,000.00. As such, the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

7. Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in, Hidalgo County.

8. Defendant, Wal-Mart Stores Texas, LLC, was, at the time of the filing of this action, and still is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

9. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

12. Defendant demanded a jury in the state court suit.

13. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

**DATED:     March 21, 2019.**

Respectfully Submitted,

**DAW & RAY, L.L.P.**

*/s/ Jaime A. Drabek*
**JAIME A. DRABEK,** Attorney-in-Charge
Federal ID No. 8643
State Bar No. 06102410
**RICARDO G. BENAVIDES,** Of Counsel
Federal ID No. 32205
State Bar No. 24031735
**ASHLEY CEDILLO,** Of Counsel
Federal ID No. 3123218
State Bar No. 24092236
3900 N. 10th Street, Suite 950
McAllen, TX 78501
Telephone: (956) 687-3121
Facsimile: (956) 686-3188
Email: jdrabek@dawray.com
Email: rbenavides@dawray.com
Email: acedillo@dawray.com

***ATTORNEYS FOR DEFENDANT,***
***WAL-MART STORES TEXAS, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by electronic mail, or certified mail return receipt requested on this the **21th day of March, 2019**, to-wit:

Hector J. Torres
**Law Office of Hector J. Torres, P.C.**
200 N. 12th Avenue, Suite 201
Edinburg, Texas 78541
Telephone: (956) 386-0416
Facsimile: (956) 386-0446
Email: hjtorrespc@att.net

*/s/ Jaime A. Drabek*
Jaime A. Drabek

THE STATE OF TEXAS § 
§ **AFFIDAVIT**
COUNTY OF HIDALGO §

**BEFORE ME**, the undersigned authority, on this day personally appeared Ashley Cedillo of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that she is an attorney for Defendant in the present cause filed by Anabely De La Garza; that she has been authorized to make this Affidavit; and that she has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ashley Cedillo, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this 21 day of March, 2019.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



JOSIE O. LUCIO
Notary Public
STATE OF TEXAS
Notary ID #6996218
My Comm. Exp. Aug. 31, 2020