United States District Court
Southern District of Texas
**ENTERED**
September 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANABELY DE LA GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-90 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court now considers the "Stipulation of Dismissal"[1] filed by Anabely De La Garza ("Plaintiff") and Wal-Mart Stores Texas, L.L.C. ("Defendant") announcing to the Court that "[t]he parties have reached and entered into a settlement disposing of all claims asserted by Plaintiff against Defendant."[2] Defendant agrees to the dismissal, and the parties state this dismissal is with prejudice.[3] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Since the stipulation of dismissal is signed by all appearing parties, Plaintiff has effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of September, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 13.
[2] *Id.* at p. 1, ¶ 6.
[3] *Id.* at pp. 1–2, ¶¶ 5, 11. While the Court recognizes Defendant's agreement, Federal Rule of Civil Procedure 41(a) provides for a dismissal at *plaintiff's* request. *See* Fed. R. Civ. P. 41(a).